interests and costs, in which event the judgment, as so modified, is affirmed, without costs of this appeal. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Callahan and Breitel, JJ., dissent and vote to reverse and dismiss the complaint upon the ground that the evidence is insufficient to establish that the negligence of the defendants caused the injuries from which decedent died. Settle order on notice.

■

ARMENDE LESSER v. HAROLD BROWN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ. [See *ante,* p. 923.]

■

FRANCIS J. MULLIGAN, Public Administrator of the County of New York, as Administrator of the Estate of LEONICIO PEREZ, Deceased, v. AIRBORNE TRANSPORT, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Breitel, JJ. [See *ante,* p. 912.]

■

WENDELL H. SMITH, Respondent-Appellant, v. D. A. SCHULTE, INC., Appellant-Respondent. D. A. SCHULTE, INC., Plaintiff, v. WENDELL H. SMITH et al., Defendants.— Motion for reargument or resettlement denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 913.]

■

In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property from 2nd Avenue to West 155th Street, and Adjoining Property, Borough of Manhattan, Required for Harlem River Drive. BRADLEY-MAHONY COAL CORP. et al., Respondents-Appellants; JULIANSON'S REALTY CO., INC., Appellant; BENJAMIN LEIBEL et al., Respondents. In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property along Harlem River between 2nd Avenue and East 140th Street, Borough of Manhattan, Required for Improvement of Waterfront and Harbor. BRADLEY-MAHONY COAL CORP. et al., Respondents-Appellants; LOU-ANN HOLDING CORP. et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with one bill of $10 costs to the claimants Julianson's Realty Co., Inc., and Bradley-Mahony Coal Corp. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 786.]

FIRST DEPARTMENT, MAY, 1952.■
(May 20, 1952.)

■

In the Matter of SAMUEL SILVERMAN et al., Appellants. R. HOE & Co., INC., Respondent.— Motion granted to the extent of dismissing the appeals of each and every petitioner who has surrendered his stock to the corporation and who has been paid in full for such stock. The motion is otherwise denied. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.